IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Beaumont__ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 10 2019

BY
DEPUTY_____

__Ricky W. Turner 1906704__
Plaintiff's name and ID Number

__Hightower Unit__
__902 FM 686 Dayton, TX 77535-6478__
Place of Confinement

CASE NO. __1:19cv248__
(Clerk will assign the number)

V.

__John Werner, Regional Director__
__400 Barrington Rd.__
__Rosharon, TX 77583__

Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, __Ricky W. Turner__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?   Yes ☐   No ☑
   b. Rent payments, interest or dividends?   Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☑
   d. Gifts or inheritances?   Yes ☐   No ☑
   e. Family or friends?   Yes ☐   No ☑
   f. Any other sources?   Yes ☐   No ☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes ☐   No ☑

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   _____
   _____

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐   No ☑

If you answered **YES**, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __30th__ day of __May__, 20 _19_.

_____   __1906704__
Signature of Plaintiff              ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE           06/05/19
2484/GGR3518               IN-FORMA-PAUPERIS DATA                      15:01:49
TDCJ#: 01906704 SID#: 03784499 LOCATION: HIGHTOWER       INDIGENT DTE: 09/26/17
NAME: TURNER,RICKY WAYNE                    BEGINNING PERIOD: 12/01/18
PREVIOUS TDCJ NUMBERS: 00849679
CURRENT BAL:           4.32 TOT HOLD AMT:          5.00 3MTH TOT DEP:      0.60
6MTH DEP:              0.60 6MTH AVG BAL:          3.84 6MTH AVG DEP:      0.10
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/19       4.32            0.00         02/19       3.72            0.00
04/19       4.32            0.60         01/19       3.72            0.00
03/19       3.72            0.00         12/18       3.72            0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Liberty
ON THIS THE 5th DAY OF June 2019, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: Shanna Laird
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: 1906704   OR SID NUMBER: NA



SHANNA LAIRD
ID# 13136724-2
Notary Public, State of Texas
My Commission Expires
12/01/2021
Notary Without Bond